IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| JOHN JENKINS,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN BRADY and T&C TRANSPORTATION, LLC,<br><br>Defendants. | C.A. No.: 2:24-cv-07183-BHH<br><br>**DEFENDANTS' EXPERT DISCLOSURE** |

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, Defendants Steven Brady and T&C Transportation, LLC, by and through their undersigned attorneys, respectfully submit this list of expert witness(es) who may be called upon to testify at the trial of this case.

Defendants certifies that the information provided by Rule 26(a)(2)(B) has been served upon and disclosed to all parties with respect to the following witnesses who have been retained and specially employed by the Third-Party Defendant to provide expert testimony in this case:

a. Aaron "Al" L. Duncan
   Southeastern Traffic Accident Reconstruction
   1602 Highway 246 North
   Greenwood, South Carolina 29649

   i. See report.

   ii. Statement of opinions to be express: **Al Duncan will testify consistently with his written report attached here.**

   iii. Exhibits to be used in support of opinion: **Al Duncan may use any and all materials attached hereto, as well as any other documents and references within his report in support of his opinion(s). He may also use or comment upon those materials used as exhibits by the other parties' named witness(es).**

1

   iv.  Qualifications: **See Curriculum Vitae of Al Duncan.**

   v.  List of other cases in which the expert has testified: **See curriculum Vitae of Al Duncan.**

   vi.  Compensation. **Mr. Duncan's compensation rate is $250 per hour.**

Defendants reserve the right to supplement this Disclosure of Expert as discovery is ongoing and in accordance with the Court's scheduling order.

 b. Defendants reserve the right to call and elicit expert opinions from any individual named by any other party to this litigation.

Dated this 3rd of October, 2025    WALL TEMPLETON & HALDRUP, P.A.

               s/Ford H. Thrift
               Ford H. Thrift (Fed ID # 12881)
               Ford.Thrift@WallTempleton.com
               145 King Street, Suite 300
               Post Office Box 1200
               Charleston, South Carolina 29402
               (843) 329-9500
               ***Attorney for the Defendants***